| 368P12-2 | Sherif A. Philips, M.D. v. Pitt County Memorial Hospital, Inc., Paul Bolin, M.D. and Ralph Whatley, M.D., Sanjay Patel, M.D. and Cynthia Brown, M.D. | 1. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA14-1372)<br><br>2. Plt's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA | 1. Denied<br><br><br><br>2. Denied |
|---|---|---|---|
| 374P13-5 | State v. Marvin Wade Millsaps | 1. Def's *Pro Se* Motion for Rule 15 Discretionary Review<br><br>2. Def's *Pro Se* Motion for Exculpatory Evidence Information Record | 1. Dismissed<br><br>2. Dismissed<br><br>**Ervin, J., recused** |
| 375P09-5 | State v. Avenger Ridgeway | Def's *Pro Se* Motion for *En Banc* | Dismissed |
| 378P11-2 | Stephen C. Nicholson, Individually and as Administrator of the Estate of Geraldine Anne Nicholson v. Arleen Kaye Thom, M.D. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1053)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot<br><br>**Ervin, J., recused** |
| 398P08-2 | Wesley Foust-Graham Goodwin, Surviving Spouse of James Lester Goodwin v. Norman B. Smith | 1. Plt's *Pro Se* Motion to Toll the 30 Days Filing Rule (COA04-1206)<br><br>2. Plt's *Pro Se* Motion for PDR<br><br>3. Plt's *Pro Se* Motion for New Trial<br><br>4. Plt's *Pro Se* Motion to Correct the Original Complaint<br><br>5. Plt's *Pro Se* Motion to Deny Defendant's Prayer for Dismissal | 1. Denied<br><br>2. Dismissed<br><br>3. Dismissed<br><br>4. Allowed<br><br>5. Dismissed |
| 427P11-2 | State v. Freddie Robinson | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-525) | Dismissed<br><br>**Ervin, J., recused** |
| 462A14 | Aaron Byrd and Eric Coombs v. Franklin County, North Carolina | Respondent's Motion to Strike Second Amendment Foundation, Inc.'s *Amicus Curiae* Brief | Dismissed as moot |